# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jaclyn Szachury,                                    No. 26-cv-589 (KMM/JFD)

      Petitioner,

v.

                                         **ORDER**

L. Molis, *Warden*,

      Respondent.

This matter is before the Court on United States Magistrate Judge John F. Docherty's Report and Recommendation ("R&R") recommending that Petitioner Jaclyn Szachury's Petition for a Writ of Habeas Corpus be denied as moot. (Dkt. 16.) In her Petition, Ms. Szachury highlighted an error in the calculation of her First Step Act time credits (Dkt. 1), which has since been corrected (Dkt. 11). Judge Docherty issued the R&R on June 5, 2026 concluding that the Petition had accordingly become moot and recommending that it be dismissed. (Dkt. 16.) Petitioner did not object to the R&R.

In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding no error, the Court denies the Petition as moot.

## ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1.  The Report and Recommendation (Dkt. 16) is **ACCEPTED**; and

1

2

    **2.** Petitioner Jaclyn Szachury's Petition for a Writ of Habeas Corpus (Dkt. 1) is **DENIED as moot**.

**Let Judgment be entered accordingly.**

Date: July 21, 2026                  *s/Katherine M. Menendez*
                                     Katherine M. Menendez
                                     United States District Judge